# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JAMES DORSEY, | : |
| Plaintiff, | : |
| v. | : Case No. 3:21-CV-00078-CAR-CHW |
| CAPTAIN CLAY, et al, | : |
| Defendants. | : |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 14]. The Magistrate Judge ordered Plaintiff to recast his complaint and denied Plaintiff's motions to amend or supplement his complaint[1] and motion for an extension of time[2] as moot. Additionally, the Magistrate Judge recommends that Plaintiff's motion for contempt[3] and requests for prison staff to

---

[1] Docs. 4, 5, 7.
[2] Doc. 9.
[3] Doc. 11.

1

notarize or certify documents[4] be denied as moot, and that his motion for a preliminary injunction concerning his medical care[5] be denied.

Plaintiff has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Order and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Order and Recommendation [Doc. 14] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's motion for contempt and requests for prison staff to notarize or certify documents are **DENIED as moot**. Plaintiff's motion for a preliminary injunction concerning his medical care is **DENIED**.

**SO ORDERED,** this 22nd day of September, 2021.

                                                       s/ C. Ashely Royal_____
                                                       C. ASHLEY ROYAL, SENIOR JUDGE
                                                       UNITED STATES DISTRICT COURT

---

[4] Doc. 7.
[5] Doc. 6.