IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **JAMES DORSEY,** | : | |
| | : | |
|       **Plaintiff,** | : | |
| VS. | : | NO. 3:21-CV-00078-CAR-CHW |
| | : | |
| **CAPTAIN CLAY,** *et al.*, | : | |
| | : | |
|       **Defendants.** | : | |
| | : | |

## ORDER

Presently pending before the Court are the claims of Plaintiff James Dorsey, a prisoner currently incarcerated at the Franklin County Detention Center in Carnesville, Georgia. In response to the Court's previous orders and instructions, Plaintiff has filed a motion to extend the time for filing his prison trust fund account statement information (ECF No. 22). Plaintiff submits that he requires additional time because "some of the papers have to come from the accountant" at the Hall County Jail, which "is going to take some time." Mot. Ext. 1, ECF No. 22. Plaintiff's motion is **GRANTED**, and he shall have an additional **FOURTEEN (14) DAYS** from the date of this Order to submit the remainder of his prison trust fund account information.

The Court also notes that Plaintiff was previously ordered to recast his Complaint on the Court's standard form to include all amendments and additional facts he intends to make a part of this lawsuit. Plaintiff has not yet filed a Recast Complaint as ordered. Accordingly, Plaintiff shall also have an additional **FOURTEEN (14) DAYS** to file his Recast Complaint. Plaintiff is again reminded that he will not be permitted to join unrelated

claims against multiple defendants in one action unless he can establish a logical relationship between those claims as required by Federal Rule of Civil Procedure 20. Because Plaintiff will have the opportunity to recast his Complaint to include all facts and claims for relief he wishes to raise in this action, Plaintiff's recently filed motions (ECF Nos. 16, 17, 19, 20, 21)—all of which can be construed as seeking to amend his Complaint to include facts, evidence, or claims for relief—are **DENIED as moot. Plaintiff is again advised that his Recast Complaint will supersede (take the place of) the original Complaint (ECF No. 1) and all additional amendments or supplements filed to date (ECF Nos. 4, 5, 7, 12, 13, 16, 17, 19, 20, 21).** The Court will not look back to any of these documents to determine whether the Recast Complaint states a claim upon which relief may be granted.

In sum, the Court **GRANTS** Plaintiff's motion for an extension of time (ECF No. 22) and Plaintiff shall have an additional **FOURTEEN (14) DAYS** from the date of this Order to fully comply with the Court's previous orders and instructions. Plaintiff's remaining pending motions (ECF No. 16, 17, 19, 20, 21) are **DENIED as moot**. Plaintiff is further reminded of his obligation to notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with the Court's orders and instructions may result in the dismissal of the Complaint.** There shall be no service of process until further order of the Court.

**SO ORDERED**, this 30th day of September, 2021.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge