# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **JAMES DORSEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 3:21-CV-78-CAR-CHW |
| | : | |
| | : | |
| **CAPTAIN CLAY,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation to deny Plaintiff James Dorsey's Motions to proceed *in forma pauperis* [Docs. 10, 25], to dismiss Plaintiff's Complaint [Doc. 1] as frivolous or malicious pursuant to 28 U.S.C. § 1915A for failing to disclose his litigation history, and to deny Plaintiff's Motion for clarification regarding service of process [Doc. 28] as moot. Plaintiff did not file an objection to the Report and Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

1

Accordingly, the Recommendation [Doc. 29] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's Motions to proceed *in forma pauperis* [Docs. 10, 25] are **DENIED**, Plaintiff's Complaint [Doc. 1] is **DISMISSED** without prejudice, and Plaintiff's Motion for clarification regarding service of process [Doc. 28] is **DENIED** as moot.

**SO ORDERED,** this 13th day of December, 2021.

                                      s/ C. Ashley Royal
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT